# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

January 12, 2012

Hon. Sandra L. Townes
United States District Court Judge
United States District Court
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

**Re: United States v. William Boyland, Jr.
11 Cr. 850 (SLT)**

Dear Judge Townes:

I represent William Boyland Jr. in the above-referenced matter. Mr. Boyland is at liberty on an appearance bond that restricts his travel to the states of New York and New Jersey.

Mr. Boyland's grandfather passed away last evening in North Carolina   I am writing to request authorization for Mr. Boyland to travel to, and stay at, his parents' residence located at 4515 Bob Trail, Wilson, North Carolina on Monday morning, 7:00 a.m. January 16, 2012 through Thursday evening, 11:00 p.m January 19, 2012 in order to attend the funeral and participate in related family matters.

Please be advised that both Mr. Boyland's pre-trial officer, Lourdes Vazquez, and Assistant United States Attorney Lan Nguyen have been advised of these travel plans and have no objection to the court granting this application.

Very sincerely,

Richard H. Rosenberg

cc.: AUSA Lan Nguyen
    Lourdes Vazquez, U.S. Pre-Trial Services