UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                      NOTICE OF APPEARANCE

WILLIAM F. BOYLAND JR.,                 11 Cr. 850 (SLT)

                Defendant.
----------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as co-counsel in this case for

    William F. Boyland Jr.


    I certify that I am admitted to practice in this Court.


Dated:  New York, New York
            January 31, 2012


                                                MICHAEL K. BACHRACH, ESQ.
                                               (Fed.#: MKB-4798)
                                             276 Fifth Avenue, Suite 501
                                             New York, N.Y. 10001
                                             Tel. (212) 929-0592
                                             Fax. (866) 328-1630
                                             michael@mbachlaw.com