# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

May 16, 2012

Hon. Sandra L. Townes
United States District Court Judge
United States District Court
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

The application is ☒ granted. ☐ denied.
SO ORDERED.
s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: May 17, 2012
Brooklyn, New York

Re: United States v. William Boyland, Jr.
11 Cr. 850 (SLT)

Dear Judge Townes:

I represent William Boyland Jr. in the above-referenced matter. Mr. Boyland is at liberty on an appearance bond that restricts his travel to the States of New York and New Jersey.

Mr. Boyland respectfully requests a bail modification such as to allow him to attend his niece's graduation from Howard University Medical School in Washington, D.C. this coming weekend. Mr. Boyland would travel from New York on **Friday, May 18, 2012** and return to New York on **Sunday, May 20, 2012** by 11:00 p.m. Mr. Boyland plans on staying at the Westin Hotel located in National Harbor, Maryland, about 20 minutes from the school graduation.

I can report that both Mr. Boyland's pre-trial officer, Lourdes Vazquez, and Assistant United States Attorney Lan Nguyen have been advised of these new travel plans and have no objection to the court granting this application.

Very sincerely,

Richard H. Rosenberg

cc.: AUSA Lan Nguyen
Lourdes Vazquez, U.S. Pre-Trial Services