LAW OFFICE OF
## MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y. and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

June 6, 2012

The application is ☒ granted. ☐ denied.
SO ORDERED.
s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: June 7, 2012
Brooklyn, New York

By ECF

The Honorable Sandra L. Townes
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. William F. Boyland, Jr.,
11 Cr. 850 (SLT) (EDNY)*

Dear Judge Townes:

We represent Defendant William F. Boyland, Jr., in the above-referenced matter, and are writing to request a modification of his conditions of release to permit him to travel to Columbia, South Carolina, to spend this weekend, specifically, this Saturday, June 9, 2012, through Monday, June 11, 2012, with friends.

Mr. Boyland is presently at liberty on an appearance bond that restricts his travel to the States of New York and New Jersey. However, we are writing to request authorization for Mr. Boyland to travel to, and stay at, 225 Cogburn Road, Columbia, South Carolina. The purpose of this request is to allow Mr. Boyland the opportunity to attend an anniversary party. He would then return directly to Albany, New York, to tend to his work in the New York State Assembly.

Please be advised that we have communicated with Assistant United States Attorney Lan Nguyen, as well as Pre-Trial Services Officer Lourdes Vazquez, and neither objects to the instant application.

Respectfully submitted,

/S/

Michael K. Bachrach
Richard H. Rosenberg
*Attorneys for Defendant William F. Boyland, Jr.*

MKB/mb
cc:   AUSA Lan Nguyan (by ECF)
      Pre-Trial Services Officer Lourdes Vazquez (by email)