LAW OFFICE OF
# MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y. and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

August 7, 2012

By ECF

The Honorable Sandra L. Townes
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The application is ☒ granted. ☐ denied.
SO ORDERED.

s/ SLT

Sandra L. Townes, U.S.D.J.
Dated: August 8, 2012
Brooklyn, New York

Re: *United States v. William F. Boyland, Jr.,*
*11 Cr. 850 (SLT) (EDNY)*

Dear Judge Townes:

We represent Defendant William F. Boyland, Jr., in the above-referenced matter, and are writing to request a modification of his conditions of release to permit him to travel to Wilson, North Carolina, to spend several days with his parents, specifically, this Saturday, August 11, 2012, through Thursday, August 16, 2012.

Mr. Boyland is presently at liberty on an appearance bond that restricts his travel to the States of New York and New Jersey. However, we are writing to request authorization for Mr. Boyland to travel to, and stay at, 4515 Bob White Trial, Wilson, North Carolina.

Please be advised that we have spoken to Assistant United States Attorney Lan Nguyen, as well as Pre-Trial Services Officer Lourdes Vazquez, and neither objects to the instant application.

Respectfully submitted,

/S/

Michael K. Bachrach
Richard H. Rosenberg
*Attorneys for Defendant William F. Boyland, Jr.*

MKB/mb

cc:   All parties by ECF.