# EXHIBIT ONE

Legislative Information - LBDC

# 2003 Both Houses Bills, Prime Sponsored For: Boyland

Search Results Count = 2

Run Date: 04/21/15
03:37 PM

| Bill No. | |
|---|---|
| A7450A | Boyland -- Reconveys real property in Brooklyn to Tamisha Weeks-Ferguson |
| A7503 | Boyland (MS) -- Makes various technical corrections to provisions of the STAR program and provisions relating to correction of assessment rolls and overdue taxes |

http://nyslrs.state.ny.us/nyslbdc1/navigate.cgi?BSASO:

4/21/2015

# 2004 Both Houses Bills, Prime Sponsored For: Boyland

Search Results Count = 1

| | Run Date: 04/21/15 03:28 PM |
|---|---|
| **Bill No.** | |
| A7450A | **Boyland** -- Reconveys real property in Brooklyn to Tamisha Weeks-Ferguson |

# 2006 Both Houses Bills, Prime Sponsored For: Boyland

Search Results Count = 26

Run Date: 04/21/15
03:28 PM

| Bill No. | |
|---|---|
| A129 | **Boyland** -- Reconveys real property in Brooklyn to Tanisha Weeks-Ferguson |
| A834 | **Boyland (MS)** -- Provides that correctional institution officials shall provide instruction to and assist certain prisoners, at least 90 days prior to their release, to apply to receive Medicaid after their release |
| A3329 | **Boyland (MS)** -- Provides for high school students to receive applications to enroll and vote by mail in their schools and for the transmission of applications by the school |
| A3537A | **Boyland (MS)** -- Provides for a Vacant Lot Development program to provide low interest financing for vacant lots in N.Y. city; appropriation |
| A3621 | **Boyland (MS)** -- Provides that state contracts shall require hiring of homeless persons and state agencies shall monitor and enforce provisions of said contracts |
| A4181 | **Boyland (MS)** -- Provides that rates for phone calls from correctional facilities shall be comparable to the surrounding community and provides for phone contracts |
| A4533 | **Boyland (MS)** -- Provides that candy which contains a level of lead which is harmful to a person's health must contain a warning label |
| A4557 | **Boyland (MS)** -- Requires rebates to be provided to consumer at the time of purchase |
| A4559 | **Boyland (MS)** -- Provides that a subscriber of a health maintenance organization must be given prior notice of referral to an out-of-network provider |
| A4560 | **Boyland (MS)** -- Provides that information as to a student shall not be released by the state or city university of New York or an alumni association without student's consent |
| A5055 | **Boyland (MS)** -- Provides that statements of defendants in custody must be electronically recorded in order to be admitted in evidence |
| A5434 | **Boyland (MS)** -- Provides that income tax credit be given for businesses that participate in the Locks of Love program |
| A5884 | **Boyland (MS)** -- Provides that fairs, shopping centers and amusement parks shall provide recycling containers and participate in available recycling programs |
| A5885A | **Boyland (MS)** -- Authorizes and directs the department of health to conduct a study on drugs prescribed for school-age children with ADD and ADHD |
| A5886 | |

http://nyslrs.state.ny.us/nyslbdc1/navigate.cgi?BSASO:

4/21/2015

| Bill | Description |
|---|---|
| | **Boyland (MS)** -- Provides that bridge ways, walkways and overpasses built for safety purposes during construction be salted and shoveled when snow or ice appears |
| A6561 | **Boyland (MS)** -- Provides that cost of living adjustments shall be excluded in determining eligibility for certain government assistance programs |
| A6562 | **Boyland (MS)** -- Provides Fallen Hero Scholarships for children of military personnel who died in combat during Operation Iraqi Freedom and Enduring Freedom-Afghanistan |
| A6946 | **Boyland (MS)** -- Provides that upon discovery of an incorrect bank transfer from one person's account to another's, correction shall promptly be made and notification given |
| A7355 | **Boyland (MS)** -- Provides that the commissioner of education shall conduct a study to determine the number of hours students spend in class as compared to the national average |
| A8224A | **Boyland (MS)** -- Prohibits employers from putting social security numbers on checks, drafts or vouchers issued to employees |
| A9602 | **Boyland (MS)** -- Provides for a personal income tax credit for resident taxpayers who invest in minority-owned or women owned businesses |
| A9965 | **Boyland** -- Authorizes the city of New York to reconvey certain real property taken by an in rem foreclosure in the borough of Brooklyn to James Braddox |
| A10090 | **Boyland (MS)** -- Provides that persons who purchase ammunition at retail shall register with the seller and a statewide data base shall be maintained |
| A10296 | **Boyland** -- Reconveys real property in Brooklyn to Mr. Carol Moseley |
| A11318 | **Boyland** -- Provides that qualified individuals may register to vote at prescribed polling places on election day upon presentation of proof of qualification |
| A11454 | **Boyland (MS)** -- Provides that a tenant shall give a landlord emergency contact information upon entering into a residential lease |

# 2008 Both Houses Bills, Prime Sponsored For: Boyland

Search Results Count = 27

Run Date: 04/21/15
03:28 PM

| Bill No. | |
|---|---|
| A4922 | Boyland (MS) -- Requires rebates to be provided to consumer at the time of purchase |
| A5038 | Boyland -- Enacts the "New York clean state and clean city act of 2007" relating to greenhouse gas emissions reduction |
| A5327 | Boyland (MS) -- Prohibits employers from putting social security numbers on checks, drafts or vouchers issued to employees |
| A5339 | Boyland (MS) -- Reconveys real property in Brooklyn to Tanisha Weeks-Ferguson |
| A5340 | Boyland (MS) -- Reconveys real property in Brooklyn to Mr. Carol Moseley |
| A5341 | Boyland (MS) -- Provides that bridge ways, walkways and overpasses built for safety purposes during construction be salted and shoveled when snow or ice appears |
| A5358 | Boyland (MS) -- Provides for a Vacant Lot Development program to provide low interest financing for vacant lots in N.Y. city; appropriation |
| A5359 | Boyland (MS) -- Provides that income tax credit be given for businesses that participate in the Locks of Love program |
| A5360 | Boyland (MS) -- Provides for a personal income tax credit for resident taxpayers who invest in minority-owned or women owned businesses |
| A5387 | Boyland (MS) -- Provides that statements of defendants in custody must be electronically recorded in order to be admitted in evidence |
| A5388 | Boyland (MS) -- Authorizes and directs the department of health to conduct a study on drugs prescribed for school-age children with ADD and ADHD |
| A5389 | Boyland (MS) -- Provides for high school students to receive applications to enroll and vote by mail in their schools and for the transmission of applications by the school |
| A5407 | Boyland (MS) -- Provides that rates for phone calls from correctional facilities shall be comparable to the surrounding community and provides for phone contracts |
| A5408 | Boyland (MS) -- Provides that correctional institution officials shall provide instruction to and assist certain prisoners, at least 90 days prior to their release, to apply to receive Medicaid after their release |
| A5409 | |

| | |
|---|---|
| | **Boyland (MS)** -- Provides that fairs, shopping centers and amusement parks shall provide recycling containers and participate in available recycling programs |
| A5410 | **Boyland (MS)** -- Provides that state contracts shall require hiring of homeless persons and state agencies shall monitor and enforce provisions of said contracts |
| A5445 | **Boyland (MS)** -- Provides that cost of living adjustments shall be excluded in determining eligibility for certain government assistance programs |
| A5496 | **Boyland (MS)** -- Provides that information as to a student shall not be released by the state or city university of New York or an alumni association without student's consent |
| A5585 | **Boyland (MS)** -- Provides that persons who purchase ammunition at retail shall register with the seller and a statewide data base shall be maintained |
| A6583 | **Boyland** -- Provides that public pension systems in the state may invest in hedge funds and fund-of-hedge funds in accordance with rules and regulations |
| A7147 | **Boyland (MS)** -- Provides that all schools shall have a multi-cultural curriculum |
| A9494A | **Boyland** -- Provides for enhanced enforcement of the warranty of habitability for housing accommodations |
| A10101 | **Boyland (MS)** -- Makes an appropriation to the office of mental retardation and developmental disabilities to offset the cost of increased development of residential facilities |
| A11029A | **Boyland** -- Makes technical corrections to certain provisions of the banking law; repealers |
| A11812 | **Rules (Boyland)** -- Provides that the attorney general shall create a mortgage tracking system |
| A11813 | **Rules (Boyland)** -- Provides that juniors and seniors at secondary schools and students at the state and city universities of New York must take a financial literacy course |
| A11817 | **Rules (Boyland)** -- Provides for financial education courses for people who have a certain credit score |

# 2010 Both Houses Bills, Prime Sponsored For: Boyland

Search Results Count = 30

Run Date: 04/21/15 03:27 PM

| Bill No. | |
|---|---|
| A5468 | Boyland -- Provides that bridge ways, walkways and overpasses built for safety purposes during construction be salted and shoveled when snow or ice appears |
| A5469 | Boyland -- Provides that all schools shall have a multi-cultural curriculum |
| A5470 | Boyland -- Provides that fairs, shopping centers and amusement parks shall provide recycling containers and participate in available recycling programs |
| A5471 | Boyland -- Provides that information as to a student shall not be released by the state or city university of New York or an alumni association without student's consent |
| A5472 | Boyland -- Requires rebates to be provided to consumer at the time of purchase |
| A5473 | Boyland -- Provides that the attorney general shall create a mortgage tracking system |
| A5474 | Boyland -- Provides that correctional institution officials shall provide instruction to and assist certain prisoners, at least 90 days prior to their release, to apply to receive Medicaid |
| A5475 | Boyland -- Provides for a Vacant Lot Development program to provide low interest financing for vacant lots in N.Y. city; appropriation |
| A5500 | Boyland -- Provides for high school students to receive applications to enroll and vote by mail in their schools and for the transmission of applications by the school |
| A5501 | Boyland -- Reconveys real property in Brooklyn to Mr. Carol Moseley |
| A5502 | Boyland -- Provides that public pension systems in the state may invest in hedge funds and fund-of-hedge funds in accordance with rules and regulations |
| A5503 | Boyland -- Provides that persons who purchase ammunition at retail shall register with the seller and a statewide data base shall be maintained |
| A5504 | Boyland -- Provides for financial education courses for people who have a certain credit score |
| A5505 | Boyland -- Provides that statements of defendants in custody must be electronically recorded in order to be admitted in evidence |
| A5506 | Boyland -- Provides that juniors and seniors at secondary schools and students at the state and city universities of New York must take a financial literacy course |
| A5600 | Boyland -- Provides that cost of living adjustments shall be excluded in determining eligibility for certain government assistance programs |

http://nyslrs.state.ny.us/nyslbdc1/navigate.cgi?BSASO:

4/21/2015

| | |
|---|---|
| A5601 | **Boyland** -- Makes an appropriation to the office of mental retardation and developmental disabilities to offset the cost of increased development of residential facilities |
| A5602 | **Boyland** -- Authorizes and directs the department of health to conduct a study on drugs prescribed for school-age children with ADD and ADHD |
| A5603 | **Boyland** -- Prohibits employers from putting social security numbers on checks, drafts or vouchers issued to employees |
| A5604 | **Boyland** -- Enacts the "New York clean state and clean city act of 2009" relating to greenhouse gas emissions reduction |
| A5605 | **Boyland** -- Provides for a personal income tax credit for resident taxpayers who invest in minority-owned or women owned businesses |
| A5606 | **Boyland** -- Provides that income tax credit be given for businesses that participate in the Locks of Love program |
| A5607 | **Boyland** -- Provides that state contracts shall require hiring of homeless persons and state agencies shall monitor and enforce provisions of said contracts |
| A5662 | **Boyland** -- Provides for enhanced enforcement of the warranty of habitability for housing accommodations |
| A5678 | **Boyland** -- Reconveys real property in Brooklyn to Tanisha Weeks-Ferguson |
| A6055 | **Boyland** -- Provides that rates for phone calls from correctional facilities shall be comparable to the surrounding community and provides for phone contracts |
| A7683 | **Boyland** -- Requires web pages engaged in sales to conspicuously display all disclaimers |
| A7690 | **Boyland** -- Creates the consumer overdraft protection act |
| A8389 | **Boyland** -- Relates to providing child care services to families where one parent is attending a post secondary educational program full-time |
| A9173 | **Boyland** -- Provides that pallets used in the transportation or storage of food or perishable goods and items be made from impermeable materials |

## 2012 Both Houses Bills, Prime Sponsored For: Boyland

Search Results Count = 3

| | Run Date: 04/21/15 03:27 PM |
|---|---|
| **Bill No.** | |
| A9520 | Boyland -- Requires all schools to teach a multi-cultural curriculum |
| A9559 | Boyland -- Establishes the New York state family care and medical leave act |
| A9662 | Boyland -- Requires school districts to provide information on head injuries to pupils and their parents and requires acknowledgment of receipt of such information prior to engaging in interscholastic sports |

# 2014 Both Houses Bills, Prime Sponsored For: Boyland

Search Results Count = 39

Run Date: 04/21/15
03:26 PM

| Bill No. | |
|---|---|
| A3638 | Boyland (MS) -- Requires all schools to teach a multi-cultural curriculum |
| A3639 | Boyland (MS) -- Establishes the New York state family care and medical leave act |
| A3641 | Boyland (MS) -- Requires school districts to provide information on head injuries to pupils and their parents and requires acknowledgment of receipt of such information prior to engaging in interscholastic sports |
| A3738 | Boyland (MS) -- Establishes a pilot program to provide early screening and intervention services for children with risk factors for dyslexia |
| A3739 | Boyland -- Provides for the care of students with diabetes in elementary and secondary school and the training of designated school personnel to assist in such care |
| A3741 | Boyland (MS) -- Requires a certificate of psychiatric evaluation to be provided with an application for a license to carry, possess, repair and dispose of firearms |
| A4189 | Boyland (MS) -- Requires wireless communications service suppliers to provide contact information to the state police to facilitate an emergency response |
| A4190 | Boyland (MS) -- Authorizes a parent access to retrieve and view text messages on a minor child's telephone |
| A5706 | Boyland -- Requires school districts to establish and implement policies to minimize the number of school bus stops located near residences of certain sex offenders |
| A5707 | Boyland -- Requires schools to provide screening for eating disorders to students in grades five through ten |
| A5708 | Boyland -- Establishes the crime of home invasion as a class B felony |
| A6235 | Boyland -- Relates to the renewal of a seven day license to sell liquor at retail for consumption off the premises for certain premises located in Kings county |
| A6652 | Boyland -- Relates to residential services for pregnant victims of domestic violence |
| A6677 | Boyland -- Creates the individual development account program to provide savings incentives and opportunities for certain foster children |
| A6679 | Boyland -- Requires the university of the state of New York to offer a fixed tuition rate plan to undergraduate students |
| A6824 | Boyland -- Provides that income tax credit be given for businesses that participate in the Locks of Love program |

| | |
|---|---|
| A6830 | **Boyland** -- Provides that rates for phone calls from correctional facilities shall be comparable to the surrounding community |
| A6832 | **Boyland** -- Provides that fairs, shopping centers and amusement parks shall provide recycling containers and participate in available recycling programs |
| A6836 | **Boyland** -- Provides that state contracts shall require hiring of homeless persons and state agencies shall monitor and enforce provisions of said contracts |
| A6837 | **Boyland** -- Provides for financial education courses for people who have a certain credit score |
| A6841 | **Boyland** -- Provides that cost-of-living adjustments shall be excluded in determining eligibility for certain government assistance programs |
| A6842 | **Boyland** -- Provides for enhanced enforcement of the warranty of habitability for housing accommodations |
| A6843 | **Boyland** -- Provides for a personal income tax credit for resident taxpayers who invest in minority-owned or women owned businesses |
| A6844 | **Boyland** -- Creates the consumer overdraft protection act |
| A6845 | **Boyland** -- Provides that the attorney general shall create a mortgage tracking system |
| A6846 | **Boyland** -- Relates to providing child care services to families where one parent is attending a post secondary educational program full-time while the other parent is working full-time |
| A6847 | **Boyland** -- Provides for a Vacant Lot Development program to provide low interest financing for vacant lots in cities with a population of one million or more; appropriation |
| A6848 | **Boyland** -- Requires web pages engaged in sales to conspicuously display all disclaimers |
| A6849 | **Boyland** -- Requires all rebates to be provided to a purchaser at the time of the purchase of the good or service to which the rebate applies |
| A6850 | **Boyland** -- Prohibits employers from putting social security numbers on checks, drafts or vouchers issued to employees |
| A6851 | **Boyland** -- Provides that correctional institution officials shall provide instruction to and assist certain prisoners, at least ninety days prior to their release, to apply to receive Medicaid after their release |
| A6852 | **Boyland** -- Provides for high school students to receive applications to enroll and vote by mail in their schools and for the transmission of applications by the school |
| A6853 | **Boyland** -- Authorizes and directs the department of health to conduct a study on drugs prescribed for school age children with ADD and ADHD |
| A6854 | **Boyland** -- Provides that information as to a student shall not be released by the state or city university of New York or an alumni association thereof without the student's written consent |
| A7435 | |

4/21/2015

http://nyslrs.state.ny.us/nyslbdc1/navigate.cgi?BSASO:

|  |  |
|---|---|
|  | **Boyland** -- Makes an appropriation to the office for people with developmental disabilities to offset the cost of increased development of residential facilities in unserved and underserved communities |
| A7485 | **Boyland** -- Enacts the "electronic monitoring in nursing homes act" |
| A7773 | **Boyland** -- Lowers the eligibility age for the reduced fare transit program from 65 to 62 |
| A7918 | **Boyland** -- Prohibits a motor vehicle driver from driving abreast of another motor vehicle in a lane designated for one vehicle |
| A8063 | **Boyland** -- Requires breathalyzer tests of drivers involved in accidents damaging other vehicles from behind |