# EXHIBIT TWO

Judge Sandra Townes

Federal Court

United State District Court

Eastern District Of New York


Dear Honorable Judge Townes,

I'm writing in reference to Mr. William Boyland Jr.  I have known Mr. Boyland Jr. for many years and he's currently facing some challenges.  We know that life can present many difficulties and no one is exempt. However, I am asking for your leniency regarding Mr. Boyland Jr.'s sentencing.

I have been in a position to observe Mr. Boyland Jr.'s character for many years.  He has been known to me since he was a teenager.  Mr. Boyland Jr. has been positively active in his community for many years. His overall contribution of services rendered has been exemplementary. I can verify his activism first hand. This is due to being a social worker in this community for over twenty five years.

I know you will make the ultimate decision that determines Mr. Boyland Jr.'s fate. May your gavel be tempered by your heart the scale and the feather. Peace and blessings.


Sincerely,


Malcolm C. Bush

Malcolm C. Bush

MSW, CSW, ACSW

Gwen Munroe

March 17, 2015

Honorable Judge Sandra Townes:

As a resident of Ocean Hill Community, I have known Mr. William Boyland Jr. for a number of years. I have always admired his love and devotion for the constituent that he served.

Mr. Boyland is a kind hearted individual who has helped many in need through the grass root organizations that he supported and funded.

As an Assemblyman, Mr. Boyland provided support to organizations within the communities that needed his financial and moral support. Because he cared, many small agencies which relied on his support survived.

Honorable Judge in closing, I am asking that you kindly grant Mr. Boyland some leniency based on his dedication, commitment and support for the community that he served.

Thank you in advance for your consideration.

Sincerely,

*Gwen Munroe*

Gwen Munroe

March 16, 2015

Hon. Sandra Townes;

Re: Letter of support for William Boyland, JR.

I have been working in the Brownsville community for more than two decades; during this time I had the privilege to meet Assemblyman, William Boyland JR.  I first knew Mr. Boyland when he worked as a youth Counselor in a Foster Care Program. He held his responsibilities very well and exceeded expectations entail in the job title.

I knew that there were something special about the then Mr. Boyland and his rapid rise to prominence as Assemblyman did not come to me as a surprise. He is a person with steadfast values and his unyielding commitment to the empowerment of youth and families of Brownsville Community is top in his list of priorities.

It was brought to my attention recently that William Boyland JR is in trouble with the law; I was somehow disappointed as I reflect on the many good things he did for the community. New houses and affordable homes for economic disadvantaged families in the community were made possible partly because of the untiring efforts of Mr. Boyland.

Honorable judge Townes, there is a saying that goes that to err is human and to fore give is divine. I appeal to your compassion to tender justice with mercy. In a nutshell all I am saying is to be lenient with the community beloved Assemblyman William Boyland JR. Thanks.

Sylvester Okonkwo



# FRANCES O. PARKER

March 15, 2015

Judge Sandra Townes
Brooklyn, New York

Re:  William Frank Boyland, II Former Assemblyman, District

Dear Judge Townes:

It deems me a pleasure to write this letter of character of the above-named individual.

I have known William more than thirty years as the First Lady of the Wayside Baptist Church, then the late pastor and my husband, Rev. Joe L. Parker.

His lifestyle exhibits care and concern for his fellowman.  William is intuitive and has integrity.   He rendered diligent services to those in his district of Ocean Hill Brownsville Community.  Also, William was loyal and committed to his church family.

Good fruit has been planted in William's field of life.

If I can further serve, kindly contact me.

Frances O. Parker

**Sarah Hall RN**

To the Honorable Sandra Towns,

I am writing to speak on behalf of William F. Boyland Jr. In light of his upcoming sentencing, I would appreciate the opportunity to share my interactions with this young man.

I have known the Boyland family for decades. William Boyland Sr. and I are close friends, a friendship which has lasted from the birth of his son, William F. Jr., to present-day. I have known William F. Jr. since he was a child. In his youth, he was an energetic, decent, and productive young man.

In his adult years, he worked at Brookdale Hospital as a supervisor of a volunteer unit where I served as a registered nurse. During this time, William proved capable of his work and dedicated to the patients he was serving.

As Assemblyman of the 55th AD, William Jr. was well-liked by his constituents. He tried his best to help everyone.

Keeping in mind the character I saw in him in the length of time I have known him, I truly believe he can again serve one day as a productive member of society. As you deliberate his sentence, I implore you to take my humble words into your consideration and grant him leniency in his sentence.

Thank you.

Sincerely,

Sarah Hall RN

Carolyn Sanders-James

March 4, 2015

Judge Sandra L. Townes
United States Court House
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: Former Assemblymember William Boyland Jr.
    55th Assembly District

Dear Judge Townes:

This letter of reference is to attest the valuable works done by former Assemblymember William Boyland Jr. who has been a key mover in the Brooklyn communities. He has been actively involved in helping to protect the rights of New York City citizens, particular women and minority citizens.

I have known William Boyland Jr. as a youngster growing up. During that time, I have seen him work to enhance the quality of life of the residents in Brownsville, Bedford Stuyvesant, Bushwick, Crown Heights and East New York. Through his efforts, non-profit groups have been formed in these communities to deal with housing, economic development and health care. Thank you for taking the time out to read this letter.

Sincerely,

Carolyn Sanders-James

PELHAM BOLLERS

March 6, 2015

Honorable Judge Sandra Townes

Re: Letter of Support for William Boyland, Jr.

Dear Judge Townes:

My name is Pelham Bollers and I hold the position of Executive Director of Urban Strategies, Inc, a community based non-for-profit organization that is located in the Ocean hill/Brownsville section of Brooklyn, New York. Through my twenty five (25) plus years with Urban Strategies, I had the privilege of becoming affiliated and working together with the Boyland family (Frank, Tracy and William) on several community events, social services projects, youth programs, and low income housing.

Working closely with Frank and Tracy during their tenure as Assemblyman and Councilwoman respectively, has given me great insight on how dedicated, loyal and special these people were to the Ocean hill/Brownsville community. It has personally helped me in becoming a better and stronger leader.

When Frank resigned from his seat and William assumed that position, I saw the fire and passion in William's eyes and I knew that he was the right person for the job. Even though he had his father and sister to guide and support him and to share their political experiences with him, acclimating to this demanding and public position was not easy for him. He had to prove to the community that he was capable of carrying the load and fulfilling the responsibilities and duties of an Assembly member. Well, I have watched him excel in this position over the years. I have collaborated with him and his staff on many occasions and have seen first hand, the growth and care this young man has exhibited, especially, the care and interest he has given to the social and economic development of his community.

Today, I write to you in support of William Boyland Jr. Please consider forgiveness to this outstanding Young man who has somehow lost his way by making a harsh mistake that is now affecting his life and future. I have known him to only be a trustworthy and good person. His parents are heart broken and distraught, and to see them in this state is quite saddening and heart breaking.

Again, I am asking you to please pardon William.

Respectfully,

Pelham Bollers
Citizen

To: The Honorable Judge Sandra Townes

LETTER OF SUPPORT

RE: William Boyland, Jr.

Dear Judge Townes:

I am pleased to write a letter of support for William Boyland, Jr. I have known him as a young man and as a New York State Assemblyman. I have also known his mother and father over many years.  I have seen the young William grow up to be an impressionable, kind and determined man who wanted, above all, to make his family proud and to become a role model for the Brownsville community for which he served as Assemblyman for more than 10 years.

I have witnessed the good work he has done because I worked as an employee of Urban Strategies, Inc.  Each year, William made sure that our residents in the community received food at Thanksgiving and the children received Christmas gifts each year.  Every Saturday morning, he invited the community into his office on Thomas Boyland Street, to hold meetings whereby he would often enlightened community residents on upcoming events and activities that would affect their lives. He listened to residents who had problems and tried to assist them in any way he could to solve their problems and to uplift them.

I recognized the drive in him to help bring the community out of a depressive state and into a future fostering success and upward mobility.

William Boyland. Jr. as a New York State Assemblyman was kind and giving. He was gracious to me and honored me at one of his affairs in the early 2000's.

I am hopeful that this letter conveys a sense of who I think William, Jr. has been to our community and to me personally.  His family has been my friends for many years, and I am glad to offer a letter of support for him.

Sincerely yours,

*Pauline M. Jones*

Pauline M. Jones

February 15, 2015

**To Judge Townes:**

Since my nephew, William Boyland, Jr. was arrested our family dinners, gatherings, conversations and hearts have been directed toward consoling him. His remorse for his behavior has affected all of our lives. He truly understands that the decisions and choices that he made were not reflective of his family values or upbringing.

William is a humble, caring person and truly regrets his actions. His demeanor and countenance has changed so much, he has been asking for forgiveness and prayers from all of us. We are a close –knit family and when one of us 'hurts' we all share the pain. If William could turn back the hands of time, this ordeal would never happen.

His life and achievements prior to this incident are indicative of his character and truly depict the nature and persona we know and love.

William accepts responsibility for his actions and is determined to evade all future encounters. His promise is to be the ideal positive role model for his family and community.

The family along with the constituents beseeches you and pleads for mercy. We stand in unity, promising, as always, to continually respect and uphold the law, render community service, and be exemplary citizens of this great community.

Thank you for all considerations that extend to us in this matter.

Respectfully,

Dorothy Million

The Honorable Judge Sandra Townes

I am writing this letter on behalf of William Frank Boyland Jr. , I know you will be receiving many letters from family and friends attesting  to his qualities and characteristics.

I will be brief and short.

I feel Frank Jr.  should not be incarcerated as it will be a great loss to his family and community. It would be best for him to serve him to serve his family and community outside the system.  I am aware he committed a crime, but I feel the monetary compensation is appropriate for the crime .

I am a mother of 2 adults who grew up and went through the school system with Frank Jr.  I know for a fact that putting him behind bars will have a severe impact on his family, and the community he served.

Please, out of the goodness of your heart , be lenient.

Thank you for your consideration in this matter.

Respectfully,

Redessa Mosley
Redessa Mosley

Marc A. Titus

March 13, 2015

Honorable Judge Sandra Townes

United States District Court

225 Cadman Plaza East

Brooklyn, NY 11201

Re: William Boyland Jr.

Dear Judge Townes,

I am writing this character witness letter for William Boyland Jr. I have known William for the past 14 years and I can verify to the fact that he is a Good Samaritan and is extremely dedicated to his family, friends, and community.

William is a person that would go the extra mile to assist anyone that is in need of support or in need of help. Throughout his community, he has always been recognized as being a humble community servant. For example, he has helped me organized a school event at the local community park.

I am not excusing William's action, but I do know that he is a remorseful and is already paying for his poor decisions in more ways than one. Please accept this letter as a plea for leniency for William Boyland Jr.

Yours Faithfully,

Marc A. Titus, EdS.

James & Bettie Cutler

March 27, 2015

Dear Judge Sandra Towns:

We are writing this letter to request leniency on behave of William Boyland Jr. We have known him for numerous years. He has been very active within the church choir and also a community activist. His attitude has always been pleasant and he is very easy to get along with. He has been a great benefit to our neighborhood and community.

William Boyland, Jr. worked with the precincts and community in helping to close down a noisy self made club and also helped clean up vacant lots within our neighborhood. He is a good person at heart and at this time I asked once again for mercy on his behalf. Thank you for your time and consideration.

Sincerely,

*Bettie Cutler*
*James Cutler*

James & Bettie Cutler

March 5, 2015

Presiding Judge
~~SANDRA STOWNES~~
Your Honor:                                    Re:  Character Reference for Jr. Boyland

I provide this reference in full knowledge of Mr. William Boyland Jr.' charge.
I have known Mr.  Boyland and his family for at least 15 years.  And in that time I have found Mr.
Boyland to be a man who likes to help other people.  Just like his Grand Father, Father and Sister, Mr.
Boyland chose to get into the political arena so that he could make a difference in the lives of people
who live in the Brooklyn community.

As the Program Coordinator of Social Services for the facility that I work at, I could always call upon Mr.
Boyland to extend the services of his office to help out our clients.  Over the years he has helped us with
getting services for community resident' who needed assistance with housing, food, education, etc.  And
he has advocated for citizens of Brooklyn around a host of issues for a long time.

The charges against Mr. Boyland immediately struck me as a completely uncharacteristic and one that I
believe he sincerely and completely regrets.

Mr. Boyland is a young man with young children.  I hope that you can be as lenient as humanly possible.
So that he can return to his family and hopefully begin to advocate for the citizens of Brooklyn sometime
In the future.

I than you in advance for any and all considerations given this character reference.

Sincerely
Anthony Gantt

March 10, 2015


Honorable Justice
Sandra Townes

I'm writing this letter in support of William Boyland Jr whom I have known for the past twenty years and I consider him a friend.   William Jr is a kind and gentle person who has given me advice and assisted me in my professional life.  He has supported me and my family over the years and his parents are close friends of many of my relatives.  I have always heard good things about him from friends and relatives.

Speaking with some of my family members I know that William Jr. has learned a great deal from this unfortunate ordeal.  I hope that you will be as lenient as possible with Mr. Boyland

I thank you in advance for your consideration of this letter.

Paul Miller Jr

Kimberly Cutler

March 27, 2015

Dear Judge Sandra Towns:

Hello. I am writing in reference to William Boyland, Jr. who is appearing before your court.

I feel strongly about William Boyland, Jr., and about his future, and I want to try to make you feel the same way.

William is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known William for over 20 years and in that time I have seen him make great strides towards making his community better, assisting within his church and just simply helping friends and family wherever needed.  He is a good person in his core and very family oriented.

William may have made mistakes in his past and honestly who hasn't, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations. But to do that, he needs you to give him an opportunity to get a second chance. I just hope you will recognize the power you wield with regard to the future of this man, and make a fair decision.  Thank you for your time and consideration.

Sincerely,

Kimberly Cutler



# *Brownsville Community Baptist Church Inc.*
*600 Mother Gaston Boulevard - Brooklyn, N. Y. 11212*
*Tel: (718) 342-3637   Fax: (718) 342-0032*
*Rev. Harold Burton Sr., Pastor*

**REV. JOHN MAYE**
*Assistant Pastor*
**DEA ALONZO TONEY**
*Chairman, Deacon Board*
**SIS. CAROL EVANS**
*Financial Secretary*
**SIS. WILHELMINA MIDDLETON**
*Treasurer*

**REV. GEORGE E. DENDY**
*Assistant Pastor*
**BRO. WILLIAM H. WILLIAMS**
*Chairman/Sec'ty, Trustee Board*
**SIS. THOMASINA GRIFFIN**
*Church Clerk*

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Rev. Harold Burton, Sr., Pastor
Brownsville Community Baptist Church
600 Mother Gaston Boulevard
Brooklyn, New York  11212

April 6, 2015

Dear Judge Townes:

I am writing this letter with the upmost respect for the judicial process and your thoughtful consideration in the matter of William Frank Boyland, Jr.

As a pastor, it is my position to encourage rehabilitation for the convicted and restitution for the victim.  In this case, I am not only speaking from a Christian-based standpoint; but also from a personal standpoint.  While I am in no way condoning criminal behavior; I believe in the God of second chances.  On a personal level, I have known the Boyland family for many years and have watched William grow into adulthood.

I am asking for leniency on the grounds of forgiveness.  In the Word of God, Jesus exhorts: Treat they neighbor as thyself.  As William's spiritual father, I am asking for the possibility of leniency on the basis of reformation and restoration.

Thank you for your attention and deliberation in this matter.

Respectfully yours,

*Rev. Harold Burton, Sr.*

Rev. Harold Burton, Sr.



# Highway & Hedges COGIC

**237 Powell Street**
**Brooklyn NY 11212**
**Rev. W. Barlow**



April 6th, 2015

To the Honorable Sandra Townes,

I write this letter with great confidence on behalf of Mr. Frank Boyland Jr. I have known Mr. Boyland all of his life and have admired his determination to serve the communities of which he took office to represent. The service which was rendered was passionate and sincere. Whenever we had a community outreach event, Mr. Boyland's office was well represented. I am asking that the positive impact he had on our youth and community be held in high regard considering this matter

Yours In His Service

Reverend Willie Barlow

April 6, 2015

Dear Judge Townes;

   I am writing this letter in reference to Mr. F. Boyland Jr. I have known Mr. Boyland for quite some time and have known him to be committed to providing initiatives that have enhanced our community. Whether it was home and family projects or community recreation developments. Mr. Boyland has been a positive influence in our community and I pray that he finds mercy with the court

Yours Truly

*Anita Copeland*

Anita Copeland

April 6, 2015

Dear Judge Townes,

   I am writing this letter on behalf of Mr. Frank Boyland Jr. I have known Mr. Boyland for a few years now and I have observed his love for serving the community and assisting families in need. He has been a great supporter of our Youth Department and church in general. I can only hope you take this into great consideration

Sincerely

Minister Emmanuel Barlow

April 6, 2015

Dear Judge Townes,

   I am writing this letter on behalf of Mr. Frank Boyland Jr. I have known Mr. Boyland for a few years now and I have observed his love for  serving the community and assisting families in need. I can only hope you take this into great consideration

Sincerely

*Janice Barlow*

Janice Barlow

Judge Sandra Townes
District Court Judge
225 Cadman Plaza West
Brooklyn, NY 11201


Dear Judge Sandra Townes:

I am writing this letter on behalf ~~on behalf~~ of my friend William Boyland Jr., who is scheduled to appear for sentencing before you some time soon. I would like for you to know that I have been around William for many years and I have known him only as a kind and considerate person who considers the needs of others before his own. There was always a greater principle for us to consider well above our existences. He wanted better things for the people he represented.

I haven't spoken to William about his situation but I felt compelled to write and express how I felt about him. His incarceration has left a gap in many people's lives, specially his family. I am asking for leniency in your deliberation when Junior appears before you.

Sincerely,



110 Junius Street
Brooklyn, New York 11212
**Web:** www.newlifeny.org

**Church Office:** 718-342-7641
**Fax:** 718-922-7935
**Email:** info@newlifeny.org

April 16, 2015

**RE: William Boyland, Jr.**

Dear Judge Sandra Townes,

I am extending this missive on behalf of ***William Boyland Jr.***   In the time that I have known William, I have found him to be a very diligent, efficient and hard-working individual who could be depended upon to complete any task requested of him.

As an active member of our local assembly, he has also rendered service in various capacities throughout the surrounding community. William has been an instrumental factor in the success of events that include the following:  Breast cancer awareness drive, Shape Up NY, a domestic violence walk and resource fair as well as a rally in support of the family of Trayvon Martin.   He has also been adamant about assisting our community professionally by providing workshops on resume writing, financial literacy, computer literacy for the elderly and GED programs along with youth resource fairs.

I am confident in my belief that William's intentions to advance our community through education and planning were sincere and effective.   I am requesting that all these things be taken into account during his sentencing, and it is my hope that leniency be granted on his behalf.

Should you require further information or assistance, you are welcome to contact the church office from Tuesday- Friday between the hours of 10:00AM – 4:00PM and someone will be happy to assist you.

By His grace,

*+ Robert J Rochford*

Bishop Robert Joel Rochford
Senior Pastor

**Bishop Robert J. Rochford  Sr.**
Senior Pastor

**Elder Barney Kirton**
Chief Adjutant

**Pastor Aletha Johnson**
Executive Presbyter

April 17, 2015

Your Honor,

I write in behalf of William F. Boyland, Jr. who I have known for over 25 years. During this time, I have found him to be pleasant and always willing to help.

As District Manager of Community Board #16, I have had several occasions to work with Mr. Boyland on community projects and found him to be cooperative, reliable, and resourceful.

During your deliberations, I respectfully request that you show leniency in his sentencing.

Very truly yours,

VIOLA D. GREENE-WALKER
District Manager
Community Board #16
444 Thomas S. Boyland Street
Brooklyn, New York 11212

# Brown Memorial Baptist Church



Rev. Clinton M. Miller, Pastor
Melvin Brown, Chairman Deacon Board
Shendora Pridgen, Chairperson Trustee Board
Marilyn Brown, Treasurer
Dea. Charles Dempster, Supt. Sunday School
Angela Roper, Church Clerk
Bobbie Gant, Church Secretary

484 Washtington Avenue
Brooklyn, New York 11238-2304
Office Phone: (718) 638-6121
Fax: (718) 399-8702
www.brownmemorialbaptist.org

April 14, 2015

The Honorable Sandra Townes

Dear Judge Townes,

 I am writing to you regarding the sentencing of William Boyland Jr. Underneath these difficult circumstances, I am appealing to the mercy of your court. I am sure that you will fairly determine Mr. Boyland's sentencing in fairness and much thought.  In addition, your decision will be undoubtedly based on the presentation of the prosecution and his defense.

As a lifelong friend of Mr. Boyland, I certainly see this whole matter more comprehensively than the facts of the case have allowed. I know William Boyland as a friend, a classmate, a son, a brother and a father. I also see him as a young legislator that was introduced to a political culture largely based on patronage and favor. The political culture in New York State should be changed, nevertheless, there is still a very thin line between what is legal and what is illegal conduct for elected officials. Recently, we have seen elected officials of higher standing than Mr. Boyland, be found guilty of more severe charges, serve minimal jail sentences. In no way am I justifying William Boyland's actions, I am simply asking your court to be consistent and just compared to the sentencing of similar cases.

If there is anything that I or our church can do to assist you in this endeavor and to assist Mr. Boyland, please do not hesitate to let me know.  Thank you.

God bless,

Rev. Clinton Miller
Senior Pastor

Kathleen Cashin
472 83rd Street
Brooklyn, New York 11209
345-415-4154

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 06 2015 ★

BROOKLYN OFFICE

11CR850 (SLT)

March 21, 2015

The Honorable Sandra Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Townes,

My name is Kathleen Cashin. I am currently serving as a Regent for the State of New York representing Brooklyn. I am also a professor at Fordham University. In 1998 I was appointed Community Superintendent for District 23, Ocean-Hill Brownville. District 23 was an all-African American Latino District. My appointment was met with opposition and suspicion by the community. So much so that Chancellor Crew assigned a body guard to me during my initial school visits.

One of the primary figures in helping me engender community acceptance was Assemblyman William Boyland, Jr. Assemblyman Boyland invited me to community meetings and worked with me in providing students with educational experiences such as trips far outside the Ocean-Hill Brownsville community. Assemblyman Boyland funded a trip to the Liberty Science Center in New Jersey. The parents and children who attended that trip had a fantastic personal and educational experience. They wrote letters to the Assemblyman thanking him for his generosity and support. Indeed this was one of many events that the Assemblyman supported on behalf of the neediest children of the city.

The partnership that was developed with Assemblyman William Boyland helped bring about the educational improvement of formerly neglected, poor and needy children. The district grew by leaps and bounds and District 23 had the greatest growth in literacy and math for five years in a row.

Your Honor, I don't know the details of Assemblyman Boyland's case. What I know is that his cooperation with me gave many poor children a second chance. He was always approachable, responsive and easy to work with; he never once requested that I do anything unethical that would benefit him and not the children.

I respectfully request that you take all of the above into account as you make your judgement. I request that you please give William Boyland a second chance as well. I plan on attending the sentencing. If you wish to contact me for any reason, my number 345-415-4154.

Sincerely,

Kathleen Cashin

Kathleen Cashin, Ed.D.
New York State Regent representing Brooklyn
Clinical Professor, Graduate School of Education, Fordham University

## *First Calvary Baptist Church, Inc.*

953 Putnam Avenue
Brooklyn, NY 11221
*Rev. Earl Jones, Sr., Pastor*
917 334-7026

April 01, 2015

Judge Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11Cr850 (SLT)

Re: Mr. William Boyland Jr.

Your Honor,

I am the Pastor of The First Calvary Baptist Church in Brooklyn, NY, where I have served for the past 32 years. I am writing you to address the character of Mr. William Boyland Jr.

He has been an asset to our church, the Bedford Stuyvesant, East New York and Brownville communities in many areas. He has been a resource for many of our senior citizens on retirement and housing matters. He has been instrumental in providing summer employment for many of the youth in our church and the community. He was a legislator that helped initiate our Pantry Ministry that now provides food weekly to underprivileged families. He could be counted on to address the health issues that affected neighborhoods like ours in the New York State Assembly. To say the least, he has really been a help to us.

For many years he was a trailblazer in highlighting the achievements of African Americans to our young people, who were at risk and needed to know that they were somebody and had a rich history. In light of this, each year, he hosted the Reverend Martin L. King Jr. birthday celebration in Brooklyn, where he brought in contemporary gospel artists, student speakers and African dance teams to highlight a rich history.

While we do not condone his error in judgment, we do see a personality that is well worth salvaging. We respectfully request your mercy and leniency in the sentencing of Mr. Boyland. He has a good heart and can still be an asset to this community.

I thank you for your consideration. If you have any questions, please do not hesitate to contact me.

Sincerely,

Rev. Earl Jones, Sr.
Pastor



104 West124th Street
New York, NY 10027-5541
212 864-7410 v
212 864-7492 F



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 30 2015 ☆

BROOKLYN OFFICE

April 14, 2015

Honorable Sandra L. Townes
United States District Court Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

RE:    William Boyland, Jr.

Dear Judge Sandra Townes:

I have known William Boyland Jr. for quite some time. He was well established within
the field of affordable housing, health care and self-improvement within the city of New
York.

The concept of allowing working families the ability to afford a home was an ideal we all
shared and took pride in developing affordable housing that gave people an opportunity
to grow. William was in the forefront of developing this concept of renovation and
modernization which also created job opportunities for the community. He worked for
the good of the people.

William Boyland Jr.'s roots stem back more than three generations to a family dedicated
to public service and the improvement of living conditions for residents of the minority
communities in Brooklyn. Boyland family members have been represented at every level
of NY municipal and state government championing the cause for the disenfranchised
and under-represented Brooklyn residents. In order words, William Boyland Jr. has good
roots but may have taken a wrong turn along the way.

Judge Townes, you have the authority to render mercy when William comes before you
for sentencing. I pray you will consider this request in the spirit it has been given. Thank
you for your thoughtful deliberation regarding this matter.

Sincerely,

Walter J. Edwards
Chief Executive Officer