1/17/20 FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 27 2020 ★

BROOKLYN OFFICE

RECEIVED
2020
PRO SE OFFICE

United States District Court
Office Of the Clerk
225 Cadman Plaza East
Brooklyn Heights NY 11201

Case # 1:11-850 (SLT)
United States V. William F Boyland Jr.

To whom this may concern,

Today I write in an effort
to garner your offices assistance.
I'm in need of a status update
regarding my current 2255 motion
before Judge Sterling Johnson's court.
I am also requesting 2255 amendment
forms needed to supplement a
claim of ineffective assistance
along with instructions. Also
id like help or instruction about
the time line allotted for a PROSE
litigant. In advance I thank you
for any consideration you can afford
this matter and look forward to
hearing from you soon

Sincerely
William Bayland Jr.
Reg # 79751-053
Federal Prison Camp
Schuylkill
P.O. Box 670
Minersville PA 17954



BOYLAND - 79751-053

Federal Prison Camp Schuylkill

P.O. Box 670

Minersville, PA 17954

Mailed from

Federal Prison Camp

Schuylkill, PA

HARRISBURG PA 171

21 JAN 2020 PM 4 L

◇79751-053◇
Us District Court
Office of the Clerk
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

11201-181809

