FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ MAY 08 2020 ☆

BROOKLYN OFFICE

RP _____ 5/8/2020
           hbt

HONORABLE STERLING JOHNSON
UNITED STATES DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN HEIGHTS N.Y. 11201

RE: EMERGENCY MOTION UNDER 18 U.S.C
3582 (C)(1)
CRIMINAL CASE NUMBER : 1:11 -850 (CR) SL

DEAR JUDGE JOHNSON

      TODAY I WRITE YOU PURSUANT
TO THE ABOVE MENTIONED EMERGENCY
MOTION AS WELL AS ANOTHER EXSTINUATING
FACTOR I'D LIKE TO PRESENT TO THE
COURT FOR CONSIDERATION. AS A PRO SE
PETITIONER, I JUST LEARNED THAT PURSANT
TO THE ABOVE MENTIONED STATUTE AND
PROVISION OF APPLICATION 1(D), IN ADDITION
TO THE EXTRA ORDINARY COMPELLING
CIRCUMSTANCE CREATED BY COVID-19, I AM
ALSO PERMITTED TO HIGHLIGHT 3553(A)



WHICH ALSO SUPPORT A REDUCTION OR
MODIFICATION OF THE 168 MONTH SENTENCE
GIVEN AS A FIRST OFFENSE. IN A NON-
VIOLENT MATTER.

IN THAT THIS CASE BECAME
ASSIGNED TO YOUR COURT DURING MY
INCARCERATION, IM AM HUMBLY REQUESTING
THE COURTS ASSISTANCE IN THIS MATTER

ALSO MY SON WILLIAM BOYLAND
III IS BEING CARED FOR BY MY WIFE
KAMARIA ALFATTANO-BOYLAND. WHILE HOME
MY SON'S HEALTH INSURANCE AND FINANCIAL
WELFARE WAS MY RESPONSIBILITY, AS
SHOWN IN MY BI-WEEKLY DEDUCTIONS
FOR HIS COLLEGE SAVINGS (529 PLAN) AND
HEALTH INSURANCE. UNFORTUNATLEY HIS
MOTHER WAS DIAGNOSED WITH LUPUS
WHICH HAS RENDERED HER DISABLED.
I WRITE TO ALERT THE COURT OF THIS
EXTRA ORDINARY COMPELLING CIRCUMSTANCE
AS WELL.

I PRAY THE COURT WILL REVIEW
THESE CIRCUMSTANCES WHEN WEIGHING

THE EMERGENCY MOTION, AND IN ADVANCE
I THANK YOU FOR BOTH YOUR TIME AND
CONSIDERATION.

RESPECTFULLY SUBMITTED

*William Boyland Jr.*

WILLIAM FRANK BOYLAND JR

William Boylano - 79751-053

Federal Prison Camp Schuylkill
P.O. Box 670
Minersville, PA 17954

Mailed from
Federal Prison Camp
Schuylkill, PA



HARRISBURG PA 171

05 MAY 2020 PM 1 L

US MO

<>79751-053<>
   Honorable Sterling Johnson
   225 Cadman PLZ E
   Brooklyn Heights, NY 11201
   United States

LEGAL MAIL

LEGAL MAIL