*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **BOYLAND, William F.**      **79751-053**   **Camp One**   **Schuylkill**
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT        INSTITUTION

**Part A- INMATE REQUEST**

I'd like my request for Compassionate Release pursuant to the provisions allotted by the CARES Act of 2020.

See Enclosed Explanation.—

4/30/20
DATE

*William Boyland Jr.*
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

FCI Schuylkill
MAY 05 2020
Warden's Office

---

DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: **1017528-F1**

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

U.S. DEPARTMENT OF JUSTICE | REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

CD 4/27/2020

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Beylanis, William F.  79751-053  Camp One  Schuylkill
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

I'd like my request for Compassionate Release pursuant to the provisions allotted by the CARES Act of 2020.
See Enclosed Explanation.—

4/30/20
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE | WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

CASE NUMBER: 1017628-F1

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

C? 4/27/2020

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: **Beylanis, William F.**    79751-053    Camp One    Schuylkill
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

## Part A- INMATE REQUEST

I'd like my request for Compassionate Release pursuant to the provisions allotted by the CARES Act of 2020. See Enclosed Explanation.

4/30/20
DATE

SIGNATURE OF REQUESTER

## Part B- RESPONSE

_____

DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: 1017528-F1

SECOND COPY: RETURN TO INMATE

CASE NUMBER: _____

## Part C- RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN      BP-229(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Beyland, William F.    79751-055    Camp Cnc    Schuylkill
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

I'd like My Request for Compassionate Release pursuant to the provisions allotted by the Cares Act in 2020.

See Enclosed explanation.—

4/30/20  
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE                                              WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

CASE NUMBER: 1017S8-F1

THIRD COPY: RETURN TO INMATE

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)  
APRIL 1982


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2020 ★
BROOKLYN OFFICE

Honorable Sterling Johnson
United States District Court
225 Cadman Plaza
Brooklyn Heights, NY 11201

Re: Emergency Motion   Criminal Case
Number 1:11-850(CR)-SL

Judge Johnson,
    Enclosed you'll find documentation representing my efforts attempting to garner administrative direction. Similar to the previously forwarded documentation, Administration here at Schuylkill has no intention on answering or adhering to the newly enacted Cares Act or its previsions. According to the BOP Program Statement 5050.50, support or direction shall be given in Compassionate Relief Process. To date no questions or direction have been given.

The enclosed documentation was given to me with direction to return it to the Warden which I followed via in house mail. I was never told that I couldnt have or attach corresponding pages. The rejection reason 2 mentioned that it should be legible which you can see it was.

Your Honor, Im sending the court this documentation to show my continued effort to be compliant with BOP regulations as well as alerting your honor of my efforts to exaust my administrative remedy.

Sincerly
William Boyland Jr.
William Boyland Jr
Reg # 79751-053

Warden, Finley
Warden Federal Correctional Institution
Schuylkill

Per Your Response Dated 4/23/20 Concerning My Request For Guidance via the 3582(c)(1)(A) and 4205(G) Process

Per The Program Statement 5050.50 My Status As A "New Law", Attorney General William Barr's Directive in the "Cares Act", Focus on Specific Areas of Eligibility that Should Be Addressed in the Determination Process.

My Pre-Existing Health Issues which Make Me Extremely Vulnerable to Covid-19 were Never Addressed. I Asked To Be Seen To Address What I Recognized As Symptoms Via Reading CDC "Things to Watch For" Regarding Covid-19. These Request via "Cop-Out" to Unit Manager Kaup and Case Manager Mroscks were Met

with "jokes" and disbelief. I addressed them both telling them not only of my own possible symptoms, but of other ailing individuals that I witnessed throughout Camp One. During transit to Schuylkill, I experiences. Dizziness and Respiratory difficulty that resulted in my passing out on the housing cell floor in the R;D Section of the Canaan hold overs intake area. A similar "spell" happened here at Schuylkill was also never address. I was however given an "idle" pass to be excused from work detail.

Listed in my probation report was diabetease or glucose issues high cholesterol, anxiety as well as obesity. All are pre-existing ailments which put me in direct risk of contracting the coronavirus. As well as per the "Cares Act" deem me eligible for consideration.

According to the pattern score calculated per the "First Step Act," I was deemed a low risk for recidivism and eligible for all the provisions both the First Step and the Care Act gives.

As for the question of the re-entry plan, I have a place of residence already established at 460 Chauncey Street in Brooklyn New York. I have a strong support network in both my family and my church family. I also have gainful employment established at a place called the "New Life" Organization also in Brooklyn New York. This organization specializes in resources for former inmates it also provides health insurance to both my teenage son and myself.

I've also recently asked for the institution's guidance regarding my son William Boyland III's mother whose be diagnosed with Lupus. The Lupus has rendered her disabled. My purpose was to make the administration aware of the financial hardship her disability still has taken on the day-to-day welfare of our child. I'm asking for policy and procedures on how I can get back to them per the BOP Compliant Policies.

Also any fines or financial obligations will also be met in an order to stay compliant with any court ordered obligation.

In conclusion as stated in my prior missive, I'd like to be considered to be re-designated to home confinement via the Attorney General's directive and newly enacted law "The Cares Act."

My request comes from witnessing dire health conditions amoungst "locked down" individuals. As stated prior, flu-like conditions/symptoms are rampant in Camp One. No testing has happened so the statement regarding my potential to be exposed to or possibly contracting the Corona Virus is in direct contradiction to the newly enacted law. I ask to be reconsidered and will humbly await your response.

Continuation..

Your Honor I also just realized that I didnt provide the court with a phone number at 460 Chauncey Street Brooklyn NY. 11233 Should the court grant relief. 718 455-2470, or 917 544-6187 Contact Would be My Mother Ruby Boyland
The Transportation from the Facility Would Be Tracy Boyland My Sister or Adrian Baptiste Childhood Freind Both Are Approved on the Facilities (BOP) Visiting Protocals.

In Closing The Home Would Only Consist of My Parents William Boyland Sr, Ruby Boyland and Myself In A Two Family Brownstone Home. Providing Adequate Distancing As Well As Acess to Health Care Locally Provided by My Former Primary Care Doctor Parvis Bonturi.

Again I thank you in Advance for Any Consideration.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 5, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SCHUYLKILL FCI

TO  : WILLIAM F BOYLAND JR, 79751-053
      SCHUYLKILL FCI    UNT: CAMP    QTR: E03-005U
      P.O. BOX 700
      MINERSVILLE,  PA 17954


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1017528-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MAY 5, 2020
SUBJECT 1       : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR, OR
                 OTHER AUTHORIZED PERSON.

REJECT REASON 2: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER. TEXT ON ONE SIDE. THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 4: SEE REMARKS.

REMARKS         : MUST INCLUDE YOUR COMP. RELEASE DENIAL LETTER. MUST
                  ROUTE THROUGH YOUR COUNSELOR OR UNIT MANAGER. YOU
                  CAN ONLY HAVE ONCE CONTINUATION PAGE.