UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2020 ★

BROOKLYN OFFICE

WILLIAM BOYLAND JR.,
    Petitioner

v.

UNITED STATES OF AMERICA
    Respondent

)
)
)
)  Criminal Case No. 11-850(SJ)
)
)
)  Notice Of Petitioner To
)  Submit Reply Brief
)

## NOTICE OF PETITIONER TO SUBMIT REPLY BRIEF

**COMES NOW,** William Boyland, Jr., Petitioner Pro Se notifying the Court that Petitioner is preparing a response to the Government's letter in opposition to Petitioner's 18 U.S.C. § 3582(c)(1)(A) Emergency Motion.

Petitioner wishes to clarify material issues of fact as submitted by the Government. This reply will highlight facts concerning the conditions of the facility housing Petitioner, the BOP's position on the Motion, facts pertaining to Petitioner's medical condition/history as relates to COVID-19.

Petitioner would like the opportunity to submit a reply brief and supporting affidavit which will be submitted within the next 10-days unless submission is unnecessary due to Petitioner's immediate release.

Date: May 21, 2020

Respectfully submitted,

William Boyland, Jr.
Petitioner, Pro Se



RECEIVED MAY 26 2020 PRO SE OFFICE

William Boylan - 79751-053
Federal Prison Camp Schuylkill
P.O. Box 670
Minersville, PA 17954

Mailed from
Federal Prison Camp
Schuylkill, PA

⇔79751-053⇔
Honorable Sterling Johnson
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

HARRISBURG PA 171
22 MAY 2020 PM 2 L

USMS

11201-182299