William Boyland jr

460 Chauncey St,

Brooklyn, NY 11233 Boylandw1@gmail.com

**ORIGINAL**

Date 9/3/24

Honorable Judge William F. Kuntz

U.S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Kuntz,

I am writing to respectfully request the application of 563 days of Good Time credit toward my 168-month sentence, imposed in March 2014. My time during incarceration has been marked by consistent participation in mandated programming and employment that I believe demonstrates my commitment to rehabilitation and personal growth.

While incarcerated, I worked as a GED instructor and provided English as a Second Language instruction, contributing to the education and advancement of fellow inmates. I also served in various roles within the institution, including as a kitchen aide, cook, and cleanup person, as well as the UNICOR program, where I worked in the recycling of computers division.

Since my release to home confinement, I have actively sought to reintegrate into society and build a stable, productive life. I have engaged in life coaching and mental health services in compliance with the Brooklyn Residential Reentry Management (RRM) office's requirements. Additionally, I connected with Tri-Center to pursue further counseling, understanding the importance of a strong mental and emotional foundation for a successful return to society.

I have been a member of New Life Cathedral in Brownsville, Brooklyn, since 2010, where Bishop Robert Rochford serves as Pastor. My church community has been an unwavering source of support during my



time inside and since my release. I continue to serve as an active member, contributing to the church's mission and outreach efforts.

In my pursuit of personal and professional growth, I have enrolled at the University of Phoenix, where I am currently on the Dean's List with a GPA of 3.7, working towards a degree in business. I have also connected with the Osborne Society to obtain the necessary tools for re-intergration back into society. I also served as a de-escalator with Exodus Transitional in Long Island City, helping others navigate challenging situations as they reintegrate into society.

Currently, I am employed as a Community Liaison and Marketing Manager at At Home Solutions, a homecare agency. In this role, I have been responsible for organizing health fairs and events that bring healthcare service providers and underserved communities together. Additionally, I develop programming at senior centers to promote the healthcare services provided by our agency.

My ultimate goal is to reunite with my son, William Boyland III, who is currently a junior at Allen University in Columbia, South Carolina, and a member of the football team. My absence during his formative years has had a profound impact on him, and I am determined to be a positive influence in his life as he navigates college and adulthood. My early release would allow me to be the emotional and practical support that my son needs, helping to guide him through his college experience and beyond.

Moreover, my release would also allow me to assist my elderly parents, who increasingly rely on my support as they age. My return to society would not only benefit my immediate family but also enable me to continue my community work, contributing to the betterment of those around me.

I sincerely hope that my efforts during incarceration and since my release demonstrate my commitment to leading a law-abiding and productive life. I respectfully ask that you consider applying the 563 days of Good Time credit to my sentence, allowing me to continue my journey of rebuilding my life and making a positive impact on my family and humanity.

Thank you for your time and consideration.

Sincerely,

William Boyland

*William Boyland*

The application is ___ granted.
SO ORDERED  ✓ denied.
/s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Nov. 15, 2024
Brooklyn, New York

Case 1:11-cr-00850-WFK   Document 204   Filed 11/18/24   Page 4 of 4 PageID #: 4937